# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**LINDA SCHIELE**

    vs.                                    CASE NUMBER:    1:07-CV-759
                                                                        (FJS/VEB)

**COMMISSIONER OF SOCIAL SECURITY**
_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini dated July 23, 2009 is ACCEPTED in its entirety. It is further Ordered that the Commissioner's decision is AFFIRMED and Plaintiff's Complaint is DISMISSED. Judgment is hereby entered in favor of the Defendant.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Frederick J. Scullin, dated the 28th day of September, 2010.

DATED: September 28, 2010

*Lawrence K. Baerman*
Clerk of Court

                                                        s/
Melissa Ennis
Deputy Clerk